# Exhibit A

AFFIDAVIT OF DOMINIQUE PRICE

I, Dominique Price, having first been duly sworn according to law provide this Affidavit and state the following:

1. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify truthfully to them.

2. I previously served as the member-manager of Sleevd LLC, located at 4750 Lincoln Blvd., Apt. 121, Marina Del Rey, CA 90292, identified in paragraph 20 of the complaint filed on March 4, 2026, in *Doe v. Griffin et al.*, No. 26STCV07012 (Cal. Sup. Ct., L.A. Cty.) ("the Complaint").

3. From 2012 to 2020, I resided in Los Angeles, California, working as a model and a trainer. Occasionally, I worked in the entertainment industry as a casting extra or backstage support. I appeared as a contestant in Season 2 of *Temptation Island*, a USA Network reality television show.

4. At the time of the phone calls described in the Complaint, April 2022, I owned the phone number, (774) 314-1449. I am still the owner of (774) 314-1449.

5. I have never represented myself as a "talent agent" or "producer" in connection with Sleevd or using the phone number (774) 314-1449.

6. I have never solicited personal, private, or traumatic stories from any individual for commercial, creative, entertainment, or investigative purposes.

7. I have never contacted anyone from the number (774) 314-1449, or from any other phone number, to solicit personal, private, or traumatic stories, including stories of sex abuse.

8. I have never asked any individual to keep any communications confidential for the purpose of gathering private, personal information.

1

9. In September 2025, I began receiving numerous calls at (774) 314-1449 from an unknown number.

10. On September 5, 2025, at 11:44 AM, I received a text message from the number (917) 495-7005.

11. The text message, a true and correct image of which is attached as Exhibit A, stated, "Hi Dominique: My name is Katie Rosman and I am a reporter for the New York Times. Your name has come up in a story I am working on and I want be in touch to confirm details with you. Please let me know when you might have a few minutes to speak on the phone. I appreciate your time and help! Sincerely, Katie."

12. I responded asking, "What's the story about?" Ms. Rosman replied, "Broadly, it's about a book called 'The Tell.'"

13. I responded in text asking why my name was mentioned, and Rosman replied she would be "[h]appy to explain on the phone" and asked to speak with me on the phone. I agreed, and we spoke on the phone.

14. The person with whom I spoke represented herself as Katie Rosman, a reporter from *The New York Times*. She informed me that she was gathering information for a story and wanted to ask a few questions.

15. The reporter asked me if I had ever worked for a casting or talent agency, and I told her truthfully that I had not.

16. The reporter further asked me whether I was familiar with a specific woman whose name I did not recognize.

17. I was unfamiliar with all the topics the reporter asked about, and I suggested that she had contacted the wrong person. The call ended.

2

18. I have not been contacted again by Ms. Rosman or anyone else at the *New York Times*.

19. Prior to being contacted by Ms. Rosman on September 5, 2025, I had no knowledge of Amy Griffin, Sam Lansky, or *The Tell*.

20. I have never had any involvement, direct or indirect, with Amy Griffin, Sam Lansky, Penguin Random House, Dial Press, or any persons acting on their behalf.

21. I did not participate in, contribute to, or provide services to any investigation, research, writing, or background-collection efforts relating to *The Tell* or any book.

22. I have never communicated with or been contacted by Zachary Spyros Rosenblatt.

23. I have reviewed the Complaint, and I have specifically reviewed paragraphs 20–21, 49–55, 97–98, 100, and 139–140. These allegations attribute to me conduct in which I did not participate and events that, to the best of my knowledge, did not occur.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

3

Dated: April 10th, 2026

State of Florida
County of Miami-Dade

_____ Affiant Signature

Sworn to and subscribed before me this 10th day of April _____, 2026, by
_____, who is personally known to me or who has
produced ___drivers license_____ as identification.

_____

Notary Public, State of Florida

My Commission Expires: ___8/17/2029_____

ALEXIS GOLDMAN
MY COMMISSION # HH 666138
EXPIRES: August 17, 2029

4

# Exhibit A

