# Exhibit B

**Zach Rosenblatt (SNB# 345034)**
**ZSR LAW**
406 Broadway, #125
Santa Monica CA 90401
Telephone: (310)-529-1213
Email: zachsrosenblatt@gmail.com
Attorney for JANE DOE

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF LOS ANGELES

JANE DOE.,

        Plaintiff,

vs.

AMY GRIFFIN, AN INDIVIDUAL; SAM
LANSKY, AN INDIVIDUAL; PENGUIN
RANDOM HOUSE, LLC; DIAL PRESS;
DOES 1-50; ROE CORPORATIONS 1-50

        Defendants,

**Case No.:26STCV07012**

**JANE DOE'S RESPONSE TO AMY
GRIFFIN'S SPECIAL
INTERROGATORIES SET ONE**

1
**DOE RESPONSE TO AMY GRIFFIN INTERROGATORIES SET ONE**

## PRELIMINARY STATEMENT

Responding Party has not fully completed the investigation of the facts relating to this case, has not fully completed its discovery in this action and has not completed its preparation for trial. The responses contained herein are based only upon such information and documents as are presently available to and specifically known to this Responding Party; disclosure is made only to those contentions which presently occur to such Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the contentions herein set forth. The following responses to propounding party's interrogatories are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all responses herein as additional facts are ascertained, analyses are made, legal research is completed and contentions are made. The responses contained herein are made in a good faith effort to supply as much factual information and as much specification of legal contentions as is presently known, but in no way should be interpreted so as to the prejudice of Responding Party in relation to further discovery, research or analysis.

## SPECIAL INTERROGATORIES

### SPECIAL INTERROGATORY NO. 1:

State YOUR full legal name, including any former names, aliases, or other names by which YOU have been known.

### RESPONSE TO SPECIAL INTERROGATORY NO. 1:

Plaintiff objects to this Interrogatory to the extent it seeks disclosure of private personal identifying information, the compelled disclosure of which would violate Plaintiff's right to privacy under Article I, Section 1 of the California Constitution. Plaintiff further objects to disclosure of her full legal name in any publicly filed pleading or document accessible to third parties, consistent with the Court's order permitting Plaintiff to proceed under a pseudonym. Cal. Gov. Code § 68633; Cal. Rules of Court, Rule 3.54(a).

2

DOE RESPONSE TO AMY GRIFFIN INTERROGATORIES SET ONE

Subject to and without waiving the foregoing objections, Plaintiff responds as follows: Plaintiff will produce documents bearing her full legal name, including any former names or aliases, in unredacted form to counsel of record, designated Confidential and restricted from inclusion in any publicly filed document, pursuant to a stipulation or future order limiting their use to this litigation. Plaintiff reserves the right to seek further protection from the Court should Defendant seek to compel disclosure of Plaintiff's identity beyond these parameters. We are also willing to give the name verbally.

**SPECIAL INTERROGATORY NO. 2:**

State the name of the state in which YOU currently reside, including YOUR current residential address and the length of time YOU have resided at that address.

**RESPONSE TO SPECIAL INTERROGATORY NO. 2:**

Plaintiff objects to this Interrogatory to the extent it seeks disclosure of private personal identifying information, the compelled disclosure of which would violate Plaintiff's right to privacy under Article I, Section 1 of the California Constitution. Plaintiff further objects to disclosure of her residential address in any publicly filed pleading or document accessible to third parties. Cal. Gov. Code § 68633; Cal. Rules of Court, Rule 3.54(a).

Subject to and without waiving the foregoing objections, Plaintiff responds as follows: Plaintiff Jane Doe currently resides in the State of Nevada and has resided at her current address for approximately one year. Plaintiff will disclose her specific residential address to counsel of record pursuant to a stipulation or court order limiting its dissemination to third parties on a "need to know" basis and barring its inclusion in any publicly filed documents.

**SPECIAL INTERROGATORY NO. 3:**

Identify and describe in detail all facts, circumstances, and evidence supporting YOUR contention in the COMPLAINT that you were coerced or otherwise involuntarily induced into speaking, communicating, or otherwise interacting with DOE 1 and DOE 2, including the identity of each PERSON who allegedly coerced you and the date, time, and location of each instance of coercion.

**DOE RESPONSE TO AMY GRIFFIN INTERROGATORIES SET ONE**

**RESPONSE TO SPECIAL INTERROGATORY NO. 3:**

Responding Party objects to this Request on the basis of it being vague, ambiguous, and overly broad.  Responding Party objects to this Request because it contains subparts, is compound, conjunctive, or disjunctive question in violation of Code of Civil Procedure section 2030.060 subdivision (f).

Subject to and without waiving the foregoing objections, Responding Party responds as follows: A person identifying himself as "Dominique" contacted Plaintiff Jane Doe in an unsolicited fashion and induced her to disclose personal details of her life by representing himself as being in the entertainment industry and claiming he wanted to make a movie and/or tv show about DOE.

After spending hours discussing DOE's life, including her past experiences that eventually made their way into the book "The Tell",  Dominique tried to get DOE to sign away the rights to her life story by inviting her to Los Angeles and offering to pay for her stay in a high-end hotel near Cedars-Sinai hospital. He told DOE that he and a female associate had a contract prepared for her and promised unspecified financial compensation in exchange for her intellectual property rights.

Throughout their communications, Dominique induced DOE with flattery and vague promises of financial compensation. He systematically induced Plaintiff to reveal highly personal details about her life. However, prior to obtaining the rights to her life story, Plaintiff DOE began asking due diligence questions regarding the proposed contract as well as his experience and credentials. Immediately thereafter this individual and his female associate ceased additional contact with DOE.

Discovery and investigation are ongoing. Responding Party reserves the right to amend and/or supplement this response.

**SPECIAL INTERROGATORY NO. 4:**

State the name of YOUR ATTORNEY YOU consulted in or around 2022 RELATING TO YOUR meetings with DOMINIQUE PRICE, DOE 1, and/or DOE 2 as described in the COMPLAINT.

**RESPONSE TO SPECIAL INTERROGATORY NO. 4:**

Jose Pallares.

4

**DOE RESPONSE TO AMY GRIFFIN INTERROGATORIES SET ONE**

DATED: May 14, 2026                                **ZSR LAW**


                                   /s/ Zach Rosenblatt
                                   Zach Rosenblatt
                                   ZSR LAW
                                   Attorney for Plaintiff JANE DOE

**DOE RESPONSE TO AMY GRIFFIN INTERROGATORIES SET ONE**