# Exhibit C

7:24

**New iMessage**                    Cancel

To: Liz Egan

iMessage
Fri, Jun 20 at 8:37 AM

Hello Liz!
This is Joleene Altum.  You messaged me on Facebook. Tell me a little more what you are looking for and how I can help you.

Hi Joleene, thanks for writing. I'm working on a story about Amy Griffin (formerly Mitchell)'s memoir, The Tell, in which she reveals recovered memories of sexual assault by a middle school teacher. My colleague Katherine Rosman and I are reporting on how the book was received in Amarillo, and we're interested in talking with people who went to Austin Middle School with Amy. We're specifically looking for the girl she calls Claudia, and wondering if anyone knows who she is. If you have a few minutes to talk, I would be grateful. I know it's strange to get a message like mine, so thanks  again for being in touch.

Fri, Jun 20 at 12:16 PM

What an array of emotions I have felt since reading your messages, and reminiscing on this time period of my

 iMessage