# Exhibit F

PCPHC Monthly Meeting
March 22, 2023

Called to order @ 5:45 pm
Greg T, Deb H, Chip H, Le Anne F,
Donnie F, Lisa K. (Guest: Joleene,
Jose, Rick C., Deb S.)

Approved minutes from Feb. meeting.
Treasurer report:
Checking balance: $4,722
Savings Balance: $11,724

- Approved w/ IRS for 501(c)3
tax exemption status paperwork
to move forward. *need to accurately
account for any/all expenses.

- Possibly disolving Phins to the West
Foundation. Tabled. Will we donate
$2000 again, be prepared to discuss?

Music: Rick Scanlon will play in the
November phlocking.

Social: Need to plan an environmental
social. What will we do? Tabled.

Prom Talent Agent?
774.314.1449
show??

JD_000065