Mitchell J. Langberg, Nevada Bar No. 10118
Thomas A. Clare, P.C.*
Elizabeth M. Locke, P.C.*
Eric D. Hageman*
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
mitch@clarelocke.com
tom@clarelocke.com
libby@clarelocke.com
eric.hageman@clarelocke.com
* *Applications to appear* pro hac vice
*forthcoming*

*Attorneys for Plaintiff Amy Griffin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Amy Griffin,<br><br>          Plaintiff,<br><br>          v.<br><br>Joleene Altum,<br><br>          Defendant. | Case No.:  2:26-cv-01811-DJA<br><br>**SECOND AMENDED CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1(A)(2)** |

In accordance with Local Rule 7.1-1 and Fed. R. Civ. P. 7.1(A)(2), the undersigned counsel of record for Plaintiff Amy Griffin, a citizen of the State of New York, certifies that there are no individuals or entities whose citizenship is attributable to her.  The undersigned counsel of record for Plaintiff Amy Griffin further certifies on information and belief that there are no known individual or entities whose citizenship is attributable to Defendant Joleene Altum, a citizen of the State of Nevada.  Further, the undersigned counsel of record for Plaintiff Amy Griffin certifies that there are no known interested

parties other than those participating in this case that may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 26th day of June, 2026.

CLARE LOCKE LLP
By: /s/ Mitchell Langberg
Mitchell J. Langberg
Thomas A. Clare, P.C.
*Subject to admission* pro hac vice
Elizabeth M. Locke, P.C.
*Subject to Admission* pro hac vice
Eric D. Hageman
*Subject to admission* pro hac vice

*Attorneys for Plaintiff Amy Griffin*