Mitchell J. Langberg, Nevada Bar No. 10118
Thomas A. Clare, P.C.*
Elizabeth M. Locke, P.C.*
Eric D. Hageman*
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
mitch@clarelocke.com
tom@clarelocke.com
libby@clarelocke.com
eric.hageman@clarelocke.com
* *Applications to appear* pro hac vice *pending*

*Attorneys for Plaintiff Amy Griffin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Amy Griffin,<br>Plaintiff,<br>v.<br>Joleene Altum,<br>Defendant. | Case No.: 2:26-cv-01811-DJA<br><br>**NOTICE OF COMPLIANCE WITH LR IA 11-1(b) AND DESIGNATION OF NEVADA ATTORNEY FOR SERVICE** |

PLEASE TAKE NOTICE that the undersigned attorney, Mitchell J. Langberg, counsel for Plaintiff Amy Griffin and a member in good standing of the State Bar of Nevada and admitted to appear before his Court, respectfully submits this notice pursuant to Local Rule LR IA 11-1(b)(2)(ii) and in compliance with the Court's Order entered July 1, 2026 (ECF No. 15). In support hereof, the undersigned respectfully states as follows;

1. The undersigned is an attorney admitted to practice before the Supreme Court of Nevada, is a member in good standing of the State Bar of Nevada, and is admitted to practice before this Court.

2. The undersigned previously appeared in this action as designated local counsel

upon the filing of the Verified Petitions for Permission to Practice Pro Hac Vice of Thomas A Clare, Elizabeth M. Locke, and Eric D. Hageman (ECF Nos. 12, 13, and 14).

3. The undersigned does not maintain an office in the State of Nevada within the meaning of LR IA 11-1(b)(1). Accordingly, the undersigned is subject to, and appears under, LR IA 11-1(b)(1), and files this Notice to so inform the Court.

4. Although LR IA 11-1(b)(2) contemplates that this Notice be filed upon the attorney's initial appearance, it is filed at this time pursuant to, and within the time permitted by, the Court's July 1, 2026, Minute Order.

5. Pursuant to LR IA 11-1(b)(2)(ii), and in order to fully and completely satisfy the requirements of that Rule, the undersigned hereby designates the following licensed Nevada attorney, who maintains an office in the State of Nevada, for service of any and all papers, process, and pleadings required to be served upon the undersigned, including service by hand delivery and by facsimile transmission:

TRAVIS CHANCE, ESQ.
Nevada Bar No. 13800
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702-464-7096
Facsimile: 702-382-8135
Email: tchance@bhfs.com

6. Mr. Chance is an attorney licensed to practice law in the State of Nevada, is in good standing, and maintains an office in the State of Nevada as required by LR IA 11-1(b). Mr. Chance has been contacted by the undersigned and has expressly consented to this designation and to accept service of papers, process, and pleadings on behalf of the undersigned in this action.

7. Mr. Chance is designated solely and exclusively for the purpose of service under LR IA 11-1(b)(2). Mr. Chance is not counsel of record in this action, has not entered and does not by this designation enter an appearance in this action, and is not associated as counsel herein. Nothing in this Notice shall be construed as an appearance

in this action by Mr. Chance or by Brownstein Hyatt Farber Schreck, LLP, or as the undertaking of the representation of any party.

8. In accordance with LR IA 11-1(b)(2), service upon Mr. Chance at the office address set forth above shall be deemed to constitute service upon the undersigned.

WHEREFORE, the undersigned respectfully requests that the Court accept this Notice as fully satisfying the requirements of LR IA 11-1(b) and the Court's July 1, 2026, Minute Order, and that the Court grant the pending Verified Petitions for Permission to Practice Pro Hac Vice (ECF Nos. 12, 13, and 14).

DATED this 6th day of July, 2026.

CLARE LOCKE LLP
By: */s/ Mitchell J. Langberg*
Mitchell J. Langberg, NV Bar #10118
Thomas A. Clare, P.C.
*Subject to admission* pro hac vice
Elizabeth M. Locke, P.C.
*Subject to Admission* pro hac vice
Eric D. Hageman
*Subject to admission* pro hac vice

*Attorneys for Plaintiff Amy Griffin*

LR IA 11-1(b)(2) Designation (for service only):

TRAVIS CHANCE, ESQ.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702-464-7096
Facsimile: 702-382-8135
Email: tchance@bhfs.com