CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ckeller@hawkinsmelendrez.com
*Attorneys for Joleene Altum*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY GRIFFIN,<br><br>          Plaintiff,<br><br>v.<br><br>JOLEENE ALTUM,<br><br>          Defendant. | Case No. 2:26-cv-01811<br><br>**REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS FILED IN RELATED CASE DOE V. GRIFFIN CASE NO. 26STCV07012**<br><br>**[Filed Concurrently with Defendant's Motion to Dismiss]** |

Defendant Joleene Altum ("Ms. Altum" or "Jane Doe" or "Doe") respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following records filed in *Jane Doe v. Amy Griffin, et al*., Los Angeles County Superior Court, Case No. 26STCV07012, a related action involving overlapping parties, facts, and issues:

·**Exhibit 1:** Complaint filed March 4, 2026.

·**Exhibit 2:** Answer of Defendants Penguin Random House, LLC and Dial Press to Plaintiff's Unverified Complaint, filed June 1, 2026.

·**Exhibit 3:** Plaintiff Jane Doe's Opposition to Defendant Amy Griffin's Demurrer, filed June 30, 2026.

·**Exhibit 4:** Plaintiff Jane Doe's Opposition to Amy Griffin's Anti-SLAPP Motion, filed June 29, 2026.

·**Exhibit 5:** Plaintiff Jane Doe's Opposition to Penguin Random House's Anti-SLAPP

*HAWKINS MELENDREZ, P.C.*
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801

Motion, as reflected in the corrected filing submitted with the Notice of Errata filed June 30, 2026.

·**Exhibit 6:** Declaration of [witness name], filed in support of Plaintiff Jane Doe's opposition papers, attesting to the underlying events described in *The Tell* and the book's creation.

·**Exhibit 7:** Declaration of Zach Rosenblatt, with accompanying exhibits, filed in support of Plaintiff Jane Doe's opposition papers.

These exhibits are proper subjects of judicial notice because they are public court records filed in a related judicial proceeding and their existence, filing, and contents as filed are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *Huerta v. CSI Electrical Contractors, Inc.* (N.D. Cal., Feb. 25, 2021, No. 18-CV-06761-BLF) 2021 WL 735488, at *2 (Under Fed. R. Evid. 201, a court may take judicial notice of "matters of public record." *Mack v. South Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986)). (A court may not take judicial notice of a fact that is subject to reasonable dispute)

Defendant requests judicial notice of these documents for the fact of their filing, the positions taken therein, and the existence of the allegations, claims, defenses, and evidentiary submissions presented in the California Action, not for the truth of any disputed factual assertions contained in those materials. Fed. R. Evid. 201(b);

Judicial notice of these records is appropriate because the pending motion concerns whether this Court should dismiss, abate, or stay this action in light of the first-filed California Action. The requested exhibits bear directly on the scope, procedural posture, overlap of issues, and adequacy of the California proceedings.

DATED this 6th day of July 2026.

**HAWKINS MELENDREZ, P.C.**

*/s/ Christopher M. Keller*
CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134

**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(b), I hereby certify that on the 6th day of July 2026, I served a true and correct copy of the foregoing **REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS FILED IN RELATED CASE DOE V. GRIFFIN CASE NO. 26STCV07012** by electronically filing and served upon all parties and counsel of record appearing on the Court's electronic service list through the Court's electronic filing and service system.

/s/ Donna Simpson
An employee of Hawkins Melendrez, P.C.

**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801