Mitchell J. Langberg, Nevada Bar No. 10118
Thomas A. Clare, P.C.*
Elizabeth M. Locke, P.C.*
Eric D. Hageman*
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
mitch@clarelocke.com
tom@clarelocke.com
libby@clarelocke.com
eric.hageman@clarelocke.com
* *Appearing* Pro Hac Vice

*Attorneys for Plaintiff*
*Amy Griffin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Amy Griffin,<br><br>    Plaintiff,<br><br>    v.<br><br>Joleene Altum,<br><br>    Defendant. | Case No.: 2:26-cv-01811-GMN-DJA<br><br>**PLAINTIFF'S RULE 38(b) DEMAND FOR JURY TRIAL**<br><br>**JURY DEMAND** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial in this action.

Dated: July 22, 2026

Respectfully submitted,

CLARE LOCKE LLP

By: /s/ Mitchell Langberg
    Mitchell J. Langberg (#10118)
    Thomas A. Clare*
    Elizabeth M. Locke*
    Eric D. Hageman*
    * *Appearing* Pro Hac Vice

*Attorneys for Plaintiff*
*Amy Griffin*

LR IA 11-1(b)(2) Designation (for service only):

Travis Chance, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702-464-7096
Facsimile: 702-382-8135
Email: tchance@bhfs.com

1