Mitchell J. Langberg, Nevada Bar No. 10118
Thomas A. Clare, P.C.*
Elizabeth M. Locke, P.C.*
Eric D. Hageman*
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
mitch@clarelocke.com
tom@clarelocke.com
libby@clarelocke.com
eric.hageman@clarelocke.com
* *Appearing* Pro Hac Vice

*Attorneys for Plaintiff*
*Amy Griffin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Amy Griffin,<br><br>Plaintiff,<br><br>v.<br><br>Joleene Altum,<br><br>Defendant. | Case No.: 2:26-cv-01811-GMN-DJA<br><br>**JOINT STIPULATED ORDER EXTENDING TIME TO FILE JOINT DISCOVERY PLAN AND RULE 26(a)(1) INITIAL DISCLOSURES** |

**STIPULATED ORDER**

Plaintiff Amy Griffin and Defendant Joleene Altum (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the entry of this Stipulated Order ("Order") as follows:

1. Plaintiff filed her Complaint in this action on June 14, 2026.

2. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, the Parties conducted their discovery-planning conference on August 5, 2026. As a result, the Parties' joint discovery plan and scheduling order, and the Parties' initial disclosures under Fed. R. Civ. P. 26(a)(1), are both currently due on August 19, 2026.

3. The Parties have made met and conferred twice in a good-faith effort to agree to the terms of (a) a joint discovery plan and scheduling order and (b) a stipulated protective order to govern the treatment of confidential and sensitive information anticipated to be exchanged during discovery.

4. Despite these good-faith efforts, the Parties have not yet finalized either the discovery plan or the proposed protective order. The Parties agree that it is appropriate to finalize the terms of a protective order before exchanging initial disclosures, given the nature of some of the information likely to be disclosed in this case.

5. Accordingly, the Parties respectfully request a two-week extension of the deadline to file their joint discovery plan from August 19, 2026, up to and including September 2, 2026.

6. The parties further request that the time to serve their initial disclosures be extended until 10 days after the Court considers and enters their forthcoming stipulated protective order.

7. This is the first stipulation for an extension of these deadlines.

8. This stipulation is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension.

//

//

9. Because no scheduling order has yet been entered in this case, the requested extension will not affect any other deadline.

IT IS SO STIPULATED.

Dated: August 19, 2026

CLARE LOCKE LLP

By: /s/ *Mitchell J. Langberg*
Mitchell J. Langberg (NV Bar No. 10118)
Thomas A. Clare, P.C.*
Elizabeth M. Locke, P.C.*
Eric D. Hageman*
* Appearing Pro Hac Vice

*Attorneys for Plaintiff*
*Amy Griffin*

LR IA 11-1(b)(2) Designation (for service only):

Travis Chance, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702-464-7096
Facsimile: 702-382-8135
Email: tchance@bhfs.com

HAWKINS MELENDREZ, P.C.

By: /s/ *Christopher M. Keller*
Christopher M. Keller (NV Bar No. 7399)
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134

*Attorney for Defendant*
*Joleene Altum*

IT IS SO ORDERED:

______________________________________

UNITED STATES MAGISTRATE JUDGE

DATED: ____________________________