Mitchell J. Langberg, Nevada Bar No. 10118
Thomas A. Clare, P.C.*
Elizabeth M. Locke, P.C.*
Eric D. Hageman*
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
mitch@clarelocke.com tom@clarelocke.com
libby@clarelocke.com
eric.hageman@clarelocke.com
* *Appearing* Pro Hac Vice

*Attorneys for Plaintiff*
*Amy Griffin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Amy Griffin<br><br>Plaintiff,<br><br>vs.<br><br>Joleene Altum,<br><br>Defendant. | Case No.: 2:26-cv-01811-GMN-DJA<br><br>**DECLARATION OF SAM LANSKY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE** |

I, Sam Lansky, declare as follows:

1. I am not a party to this action. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify truthfully to them.

2. I make this declaration in support of Plaintiff Amy Griffin's Opposition to Defendant Joleene Altum's Special Motion to Strike Under NRS 41.660 (the "Motion"). I understand that Ms. Altum is the same person who is proceeding as "Jane Doe" in *Doe v. Griffin*, No. 26STCV07012, pending in the Superior Court of California, County of Los Angeles (the "California action"), in which I am a named defendant. I submitted a declaration in the California action on June 15, 2026. Nothing in this declaration is inconsistent with that one; this declaration sets forth the same facts together with additional matters within my personal knowledge.

**<u>My Work With Mrs. Griffin on *The Tell*</u>**

3. I am a journalist, author, screenwriter and director. I also sometimes serve as a "collaborator," which means I am hired by other authors to assist them in drafting their own books. I served as a collaborator for Amy Griffin's memoir, *The Tell*, which I understand is the subject of this litigation.

4. I first met Amy Griffin in or around October 2022 in connection with her desire to write a memoir. After an initial Zoom conversation, I traveled to New York to meet Mrs. Griffin in person on or around November 26, 2022.

5. During that November 2022 visit, Mrs. Griffin showed me notes she had prepared while undergoing therapy and recovering memories of childhood sexual abuse by a teacher at her middle school in Amarillo, Texas.

6. Over the next two years, I worked with Mrs. Griffin to develop and publish her memoir, *The Tell*.

7. In the months following our first meetings, I worked closely with Mrs. Griffin to turn her draft article into a book proposal. The proposal was extensive. It was completed in or around early March 2023 and submitted to publishing houses, with final bids due on or around

March 28, 2023. The Dial Press, an imprint of Penguin Random House, was awarded the rights to the book. *The Tell* was published on March 11, 2025.

8. To my knowledge, everything in *The Tell* concerning the abuse Mrs. Griffin suffered came from Mrs. Griffin—from her notes, her draft article, and her own account to me. No part of it came from Ms. Altum, from any account attributed to Ms. Altum, or from any source connected to Ms. Altum.

**"Claudia" Is a Real Person, and She Is Not Ms. Altum**

9. I understand that Ms. Altum alleges she is the woman pseudonymized as "Claudia" in the memoir. She is not. I have met the real Claudia, and Ms. Altum is not her.

10. The real Claudia is a woman Mrs. Griffin knew when they were in middle school together in Amarillo, Texas. I have met her in person and would recognize her. I have reviewed photographs of Ms. Altum, and she does not physically resemble the real Claudia.

**The April 21, 2023 Meeting in Tennessee**

11. In or around April 2023, Mrs. Griffin and I discussed traveling to Tennessee to meet with the real Claudia. Mrs. Griffin had reached out to Claudia to ask whether she would be willing to discuss Mrs. Griffin's memories. Attached to the concurrently filed Declaration of Amy Griffin as **Exhibits I** (GRIFFIN00053) and **J** (GRIFFIN00054) are emails between Mrs. Griffin and me discussing that trip. I sent and received those emails, and they are true and correct copies of them.

12. On April 21, 2023, Mrs. Griffin and I met Claudia at a coffee shop in Tennessee. Ms. Altum was not present at that meeting. To my knowledge, Ms. Altum has no connection to the woman we met.

**The Recording of Our April 21, 2023 Conversation**

13. Immediately after the meeting with Claudia, on April 21, 2023, Mrs. Griffin and I discussed the meeting. That conversation was recorded.

14. Attached to the Declaration of Amy Griffin as **Exhibit K** (GRIFFIN001885) is a transcription of that April 21, 2023, conversation, made and certified September 15, 2025. I

have reviewed that transcript. It accurately and completely reflects what Mrs. Griffin and I said during the conversation.

**The Description of the Dress Was an Editorial Change**

15. The dress Mrs. Griffin loaned to the real Claudia was pink. I know that because the dress was described as pink in our working drafts.

16. The published description of the dress as "floral-patterned" was an editorial change made in order to obscure the real Claudia's identity. The change was made for that reason and for no other reason. It was made after April 21, 2023.

17. Mrs. Griffin and I changed other identifying details in *The Tell* to protect the identities of real people, including the real Claudia and the teacher pseudonymized as "Mr. Mason." In my experience, altering identifying details of this kind is an ordinary part of writing a memoir that describes real people who have not consented to being identified.

**Ms. Altum and Dominique Price**

18. I have never met, spoken with, or communicated with Ms. Altum. I had not heard of her before March 4, 2026.

19. I have never met, spoken with, or communicated with Dominique Price. I had not heard of Mr. Price in connection with *The Tell*, or in any other connection, before March 4, 2026.

20. At no time during the two years I worked with Mrs. Griffin did I learn anything that would indicate that she had met with Ms. Altum, spoken with Ms. Altum, or obtained any part of her account from Ms. Altum. Nor did I learn anything that would indicate Mrs. Griffin had engaged a talent agent, a casting agent, or any other person to obtain an account of abuse from anyone.

21. To my knowledge, no investigator, talent agent, or other person engaged in connection with *The Tell* contacted Ms. Altum.

22. A number of the exhibits referred to above contain redactions that I understand to be intended to protect sensitive topics and identities. None of the redactions mask any reference to Ms. Altum or Mr. Price.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of August, 2026, in London, England.

Sam Lansky