Mitchell J. Langberg, Nevada Bar No. 10118
Thomas A. Clare, P.C.*
Elizabeth M. Locke, P.C.*
Eric D. Hageman*
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
mitch@clarelocke.com tom@clarelocke.com
libby@clarelocke.com
eric.hageman@clarelocke.com
* *Appearing* Pro Hac Vice

*Attorneys for Plaintiff*
*Amy Griffin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Amy Griffin

Plaintiff,

vs.

Joleene Altum,

Defendant.

Case No.: 2:26-cv-01811-GMN-DJA

**PLAINTIFF AMY GRIFFIN'S NOTICE OF MANUAL FILING [ECF No. TBD]**

Plaintiff Amy Griffin, by and through her counsel of record, hereby files her notice of manual filing pursuant to Local Rule IC 1-1(d) which provides as follows:

> A "Notice of Manual Filing" must be filed electronically when a document or other item is filed in person at the clerk's office. The notice must include: (1) a description of the item, e.g., DVD, CD, map, etc.; (2) the size of the item, e.g., number of pages, discs, maps, etc.; and (3) references to other documents filed in the case that the document or item supports. A copy of the electronically-filed notice must be attached to the item being manually filed in the clerk's office. If the filer wants a conformed copy of the notice, a second copy of the notice must be provided to the clerk.

The item to be manually filed is one USB Flash Drive containing August 31, 2021 Audio Recording, Exhibit L to the Declaration of Amy Griffin in Support of Plaintiff's Opposition to Defendant's Special Motion to Strike. The audio recording is referenced in Plaintiff's Opposition to Defendant's Special Motion to Strike, ECF to be determined, filed on August 31, 2026.

DATED this 31st day of August, 2026.

Respectfully submitted,

CLARE LOCKE LLP

By: /s/ Mitchell Langberg
Mitchell J. Langberg (#10118)
Thomas A. Clare*
Elizabeth M. Locke*
Eric D. Hageman*
* *Appearing* Pro Hac Vice

*Attorneys for Plaintiff*
*Amy Griffin*

LR IA 11-1(b)(2) Designation (for service only):

Travis Chance, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702-464-7096
Facsimile: 702-382-8135
Email: tchance@bhfs.com

# Exhibit L

# (1) USB Flash Drive

# Exhibit L to August 31, 2026 Declaration of Amy Griffin in Support of Plaintiff's Opposition to Defendant's Special Motion to Strike

# August 31, 2021 Audio Recording (MP3 Format)

# Manually Filed Pursuant to LR IC 1-1(d)